UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20198-CIV-ALTONAGA/Simonton

**WORLD HOLDINGS, LLC**,

    Plaintiff,

vs.

**FEDERAL REPUBLIC OF GERMANY**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court *sua sponte*. The Court has rendered its decision on Defendant, the Federal Republic of Germany's Motion for Summary Judgment [ECF No. 176]. (*See* May 6, 2011 Order [ECF No. 200]). It appears this case is ready for trial. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The parties must submit joint pre-trial stipulations and proposed findings of fact and conclusions of law by **June 6, 2011**. Because this will be a bench trial, no motions *in limine* may be filed. *See Cramer v. Sabine Transp. Co*., 141 F. Supp. 2d 727, 733 (S.D. Tex. 2001) (noting, "this is a bench trial, making any motion in limine asinine on its face").

    2. Calendar call will be held at 9:00 a..m. on **June 14, 2011**.

    3. Trial is set for the Court's two-week trial calendar beginning on **June 20, 2011**.

1

Case No. 10-23869-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of May, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record